UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-20512-GRAHAM

EMILIO PINERO,

    Plaintiff.

vs.

JN & SONS REALTY, LLC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The parties, through undersigned Counsel, hereby notify the court that they have reached a settlement agreement of all claims and issues that were or could have been raised by the Plaintiff in this lawsuit. The parties are preparing a formal written settlement agreement and stipulation for dismissal with prejudice.

Dated this June 2, 2011.

Respectfully submitted,

| | |
|---|---|
| LAUREN N. WASSENBERG, ESQ | CHEPINEK & TRUSHIN, LLP |
| E-mail wassenbergl@gmail.com | E-mail dschapiro@.ctllp.com |
| 429 Lenox Avenue Ste. 4W23 | 12550 Biscayne Blvd. Ste. 904 |
| Miami Beach, Florida 33139 | North Miami, Florida 33181 |
| Ph: 305-537-3723 | Ph: 305-981-8889 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| By: s/ Lauren N. Wassenberg | By: s/ Douglas Schapiro |
|     Lauren N. Wassenberg, Esq. |     Douglas Schapiro, Esq. |
|     Florida Bar No. 0034083 |     Florida Bar No. 54538 |

## CERTIFICATE OF SERVICE

I HEREBY certify that on this June day of 2, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By: s/ Lauren Wassenberg
          Lauren Wassenberg, Esq.
          Florida Bar No.: 0034083