**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 11-20512-CIV-GRAHAM/GOODMAN

EMILIO PINERO,

    Plaintiff,

vs.

JN & SONS REALTY, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Notice of Settlement [D.E. 25]. Based thereon,

**THE PARTIES** are hereby notified that, within ten (10) days from the date of the entry of this Order, the parties must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of June, 2011.

                                                   s/Donald L. Graham
                                                   DONALD L. GRAHAM
                                                   UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record