UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV- 20512 GRAHAM/GOODMAN

EMILIO PINERO,

    Plaintiff,

v.

JN & SONS REALTY, L.L.C.,

Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, EMILIO PINERO and Defendant, JN & SONS REALTY, L.L.C., having entered into aConfidential Settlement Agreement, thereby resolving all claims brought in the above-referenced action against Defendant, hereby stipulate to the dismissal of the above styled action and request the Court to enter an Order dismissing this cause *with prejudice*, with the Court retaining its jurisdiction to enforce the terms of the Settlement Agreement.

Dated this 23rd day of June 2011.

Respectfully submitted,

| | |
|---|---|
| *s/ Lauren N Wassenberg* | *s/ Doug Schapiro* |
| Lauren N. Wassenberg, Esq. | |
| Fla. Bar No. 0034083 | |
| 429 Lenox Avenue, Suite 4W23 | Douglas S. Schapiro, Esq. |
| Miami Beach, FL 33139 | Chepenik Trushin LLP |
| Attorney for Plaintiff | Miami Office:12550 |
| | Biscayne Blvd. |
| Tel (305) 537-3723 | Suite 904 |
| Facsimile (305) 537-3724 | North Miami, Florida 33181 |
| | Tel: (305) 981-8889 |
| | Fax: (305) 405-7979 |